

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In re:<br><br>JOHN PATRICK STOKES,<br><br>Debtor,<br><br>———<br><br>JOHN PATRICK STOKES,<br><br>Appellant,<br><br>vs.<br><br>LSF8 MASTER PARTICIPATION TRUST; KATHLEEN A. MCCALLISTER, Chapter 13 Trustee; MONTANA DEPARTMENT OF REVENUE,<br><br>Appellees. | CV 19–27–M–DWM<br><br>(BAP No. MT-18-1293)<br>(Bk. No. 2:18-bk-60681-JDP)<br><br>SECOND ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS IN BANKRUPTCY APPEAL |

The Court having reviewed Debtor John P. Stokes' "Resone [sic] to LSF 8 Opposition," (Doc. 4),

IT IS ORDERED that this Court's February 11, 2019 Order denying leave to proceed in forma pauperis, (Doc. 3), stands. The Clerk is directed to forward this Order to the Bankruptcy Appellate Panel. No further filings will be accepted.

DATED this 14th day of February, 2019.

Donald W. Molloy, District Judge
United States District Court